**No. 47747.**—Protest 840449–G of Kwong Yick & Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel, the apricot kernels in question were held dutiable at 3 cents per pound under paragraph 762, as claimed, following Abstract 34104. The protest was also sustained as to drugs advanced in value, claimed dutiable at 10 percent ad valorem under paragraph 34, on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372), as amended by Abstract 44821. In accordance with stipulation of counsel merchandise assessed as distilled spirits was held not taxable under the Internal Revenue Act of 1918, on the authority of *Wing Duck* v. *United States* (6 Cust. Ct. 133, C. D. 446).

**No. 47748.**—Protests 831640–G, etc., of Renken & Yates Smith Corp. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise in question consists of celery sandwiches, piquant sandwiches, and harlequin cocktail sticks the same as those the subject of *Renken* v. *United States* (1 Cust. Ct. 309, C. D. 73). The claim at 20 percent ad valorem under paragraph 1558 was therefore sustained.

**No. 47749.**—Protest 798386–G of J. W. Hampton, Jr., & Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of Abstract 32355, the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 47750.**—Protest 80030–K of Butler Bros. (New York).

Opinion by KEEFE, J. At the trial the report of the assistant appraiser and the collector's report, received in evidence, indicated that the total number contained in said cases was 160 dozen rather than 320 dozen. In accordance therewith the protest was sustained.

**No. 47751.**—Protests 84845–K, etc., of Marks & Rosenfeld (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise consists of plain white china articles embossed in the mold with decorative handles, and that they are similar in all material respects to those the subject of Abstract 47194, the claim at only 60 percent under paragraph 212 was sustained.